IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEREMIAH DWYEN ASHLEY | NO. 3:22-MJ-610-BT |

## MOTION FOR DETENTION AND CONTINUANCE

The United States moves for pretrial detention of the defendant, Jeremiah Dwyen Ashley, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case.</u>  This case is eligible for a detention order because the case involves (check all that apply):

\_\_\_\_\_ Crime of violence (18 U.S.C. §3156);

\_\_\_\_\_ Maximum sentence life imprisonment or death

\_\_\_\_\_ 10 + year drug offense

\_\_\_\_\_ Felony, with two prior convictions in above categories

\_\_X\_\_ Serious risk the defendant will flee

\_\_\_\_\_ Serious risk obstruction of justice

\_\_\_\_\_ Felony involving a minor victim

\_\_X\_\_ Felony involving a firearm, destructive device, or any other dangerous weapon

\_\_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

Motion for Detention and Continuance - Page 1

2. <u>Reason for Detention.</u>  The Court should detain the defendant because there are no conditions of release which will reasonably assure (check one or both):

  __X__  Defendant's appearance as required

  __X__  Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against the defendant because (check one or both):

  _____  Probable cause to believe the defendant committed 10+ year drug offense or firearms offense,

  _____  Probable cause to believe the defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

  _____  Probable cause to believe the defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

  _____  Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time for Detention Hearing.</u>  The United States requests the Court conduct any detention hearing:

  _____  At first appearance

  __X__  After continuance of _3_ days (not more than 3).

**Motion for Detention and Continuance - Page 2**

DATED this 2nd day of December 2022.

>Respectfully submitted,
>
>CHAD E. MEACHAM
>UNITED STATES ATTORNEY
>
>*/s/ Blake J. Ellison*
>BLAKE J. ELLISON
>Assistant United States Attorney
>Texas Bar No. 24117203
>1100 Commerce Street, Third Floor
>Dallas, Texas 75242-1699
>Phone: 214-659-8734
>Fax: 214-659-8805
>Email: blake.ellison@usdoj.gov