ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | 3-22CR0487-E |
| JEREMIAH DWYEN ASHLEY | |

## INDICTMENT

The Grand Jury charges:

Count One
Possession of an Unregistered Firearm
(Violation of 26 U.S.C. §§ 5841 and 5861(d))

On or about May 24, 2022, in the Dallas Division of the Northern District of Texas, the defendant, **Jeremiah Dwyen Ashley**, did knowingly possess a firearm, to wit: three machineguns, as defined in 26 U.S.C. § 5845(a)(6) and (b), each further described as a Glock conversion device, which were not registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841 and 5861(d), the penalty for which is found at 26 U.S.C. § 5871.

<u>Count Two</u>
Possession of an Unregistered Firearm
(Violation of 26 U.S.C. §§ 5841 and 5861(d))

On or about June 14, 2022, in the Dallas Division of the Northern District of Texas, the defendant, **Jeremiah Dwyen Ashley**, did knowingly possess a firearm, to wit: thirty machineguns, as defined in 26 U.S.C. § 5845(a)(6) and (b), each further described as a Glock conversion device, which were not registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841 and 5861(d), the penalty for which is found at 26 U.S.C. § 5871.

Forfeiture Notice
(26 U.S.C. § 5872; 28 U.S.C. § 2461(c))

Upon conviction for the offenses alleged in in Counts One and Two of this indictment and pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), the defendant, **Jeremiah Dwyen Ashley**, shall forfeit to the United States of America any firearm involved in the commission of the respective offense, including, but not limited to, the following: thirty-three machineguns (Glock conversion devices).

A TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
BLAKE J. ELLISON
Assistant United States Attorney
Texas Bar No. 24117203
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Phone: 214-659-8734
Fax: 214-659-8805
Email: blake.ellison@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

JEREMIAH DWYEN ASHLEY

INDICTMENT

26 U.S.C. §§ 5841 and 5861(d)
Possession of an Unregistered Firearm
(Counts 1 and 2)

26 U.S.C. § 5872; 28 U.S.C. § 2461(c)
Forfeiture Notice

2 Counts

A true bill rendered

DALLAS                                                                                          FOREPERSON

Filed in open court this 28 day of December, 2022.

**No Warrant Needed**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:   3:22-MJ-610-BT